**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Delson Ray RIVERS, aka Mickey
Rivers, Defendant—
Appellant.**

**No. 08–10026.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 5, 2009.

David A. Pimsner, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff—Appellee.

David S. Eisenberg, Esq., Phoenix, AZ, for Defendant–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Delson Ray Rivers appeals from the 32–month sentence imposed upon revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Rivers contends that the district court erred by pre-determining his sentence and by imposing a sentence that punished him for the offenses underlying the revocation. We conclude that the district court did not commit procedural error and that the sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir.2008) (en banc); *see also United States v. Simtob*, 485 F.3d 1058, 1061–1064 (9th Cir.2007).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.